**COMMONWEALTH of Pennsylvania, Respondent,**

v.

**Ralphieal Lamon HAWKINS, Petitioner.**

Supreme Court of Pennsylvania.

Nov. 19, 1997.

Ralph D. Karsh, Pittsburgh, for petitioner.

*ORDER*

PER CURIAM.

AND NOW, this 19th day of November, 1997, the Petition for Allowance of Appeal is granted limited to the first question presented: "Whether the Superior Court erred in affirming the lower court's denial of Petitioner's motion to suppress evidence."

■

**Wayne O. AULTMAN, Jr., Appellant,**

v.

**DEPARTMENT OF CORRECTIONS, Appellee.**

Supreme Court of Pennsylvania.

Nov. 19, 1997.

*ORDER*

PER CURIAM.

AND NOW, this 19th day of November, 1997, the order of the Commonwealth Court is AFFIRMED.

■

**Gary FARLEY and Cherylln Farley, h/w, Petitioners,**

v.

**McLEAN PACKAGING CORPORATION, Respondent.**

Supreme Court of Pennsylvania.

Nov. 20, 1997.

*ORDER*

PER CURIAM.

AND NOW, this 20th day of November, 1997, the Petition for Allowance of Appeal is granted, the order of the Superior Court is reversed, the order of the Court of Common Pleas of Philadelphia County is vacated, and the matter is remanded to the common pleas court for further proceedings consistent with *Cheeseman v. Lethal Exterminator, Inc. and Forman v. Rossman,* 701 A.2d 156 (Pa.1997).